**SERVICE LIST**
**VILLAGE HOMES, LP**
**25-43782-mxm11**
**#843**

Texas Attorney General's Office
Bankruptcy-Collections Division PO
Box 12548
Austin, TX 78711

Acme Brick Company
PO Box Drawer 99198
Fort Worth, TX 76199

ADOA
1645 Glencairn Ln
Lewisville, TX 75067

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250

Ajax Glass & Mirror, Inc.
6200 Southwest Blvd
Fort Worth, TX 76109

Allied Stone, Inc.
PO Box 675138
Dallas, TX 75267

Amanda Munafo
148 Ty Lane
Azle, TX 76020

American AF Dumpsters, LLC
802 Old Highway 287
Waxahachie, TX 75165

American Express
PO Box 981535
El Paso, TX 79998

Arlington Computer Care
2305 Roosevelt Dr Ste D
Arlington, TX 76016

AT&T
PO Box 6463
Carol Stream, IL 60197

Atmos Energy
PO Box 740353
Cincinnati, OH 45274

AYA's Trading, Inc
2920 Marquita Dr
Fort Worth, TX 76116

B & V Repairing & Remodeling
1401 Bayshore Dr.
Garland, TX 75040

Bailey Cabinets, Inc.
2800 W. Division Bldg. C
Arlington, TX 76012

Bath Surface Solutions
PO Box 1918
Keller, TX 76244

Blue Sky Countertops
2271 N Masch Branch Rd Bldg 1
Denton, TX 76207

Brandon Industries, Inc.
1601 W. Wilmeth Rd
Mckinney, TX 75069

Brant Construction Group LLC
5821 Southern Hills Dr
North Richland Hills, TX 76180

Brothers Supply Company, LLC
PO Box 13727
Arlington, TX 76094

Broude Jennings & McGlinchey PC
306 West 7th St
Ste 306
Fort Worth, TX 76102

Bruner & Bruner, PC
550 Bailey Ave
Ste 220
Fort Worth, TX 76107

BSB Design
4601 Westown Parkway
Ste 208
West Des Moines, IA 50266

Buddy Martin Erosion Control, LP
418 Metro Park Dr
Mckinney, TX 75071

Builders Equipment & Supply Co.
3521 Hemphill St
Fort Worth, TX 76110

Builders FirstSource - Texas Group, L.P.
PO Box 844106
Dallas, TX 75284

Builders FirstSource - Texas Group, LP
PO Box 844106
Violet Hill, AR 72584

Burns Surveying LLC
PO Box 997
Royse City, TX 75189

C & B Electric
225 Gilbert Circle
Grand Prairie, TX 75050

C & B Security, Inc.
225 Gilbert Circle
Grand Prairie, TX 75050

C.A.S. Trim & Construction
10901 Chriswood Dr
Crowley, TX 76036

Capital One Spark
4975 N O'Connor Rd
Irving, TX 75062

Carl F. Binner
500 Silver Rock Ln.
Fort Worth, TX 76135

Caroline Volpe
2322 Benbrook Drive
Fort Worth, TX 76110

Chem Can Services, LLC
16660 Dallas Parkway
Dallas, TX 75284

Childress Engineering Services
2505 N. Plano Rd.
Ste 4000
Richardson, TX 75082

Circle G Property Services
PO Box 471280
Fort Worth, TX 76147

Citi Advantage
6460 Las Colinas Blvd
Irving, TX 75039

City of Aledo Water
104 Maverick St.
Aledo, TX 76008

City of Forth Worth
PO Box 99005
Fort Worth, TX 76199

CMAC Roofing LLC
199 County Road 4840
Haslet, TX 76052

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division
MC-008 PO Box 12548
Austin, TX 78711

Consolidated Reinforcement, Inc
13801 Avenue K
Austin, TX 78728

Corey Construction Houston LLC
14333 Somermeyers St
Houston, TX 77041

Dallas-PWD, LLC
506 E. Dallas Rd. Ste 100
Grapevine, TX 76051

Delta Surveying, Inc.
116 Locust St.
Azle, TX 76020

DGO Construction, LLC
6821 Baker Blvd Ste B
Fort Worth, TX 76118

DNAH Industries
7504 Wild Brick Ln
Dallas, TX 75249

DWR Contractors, Inc.
3017 Joyce Drive
Fort Worth, TX 76116

Eden Village Homeowners Association
PO Box 211327
Bedford, TX 76095

Ethan Cooper
804 Acadia Dr.
Tolar, TX 76476

Farias Concrete Construction, Inc.
PO Box 60592
Fort Worth, TX 76115

Ferguson Enterprises LLC #61
PO Box 847411
Dallas, TX 75284

Fernando Resendiz Framing, Inc.
8646 Colonial Dr
Crandall, TX 75114

Flooring Services, LLC
PO Box 224404
Dallas, TX 75222

Focus 360 Inc
95 Enterprise Ste 250
Aliso Viejo, CA 92656

Fort Worth Water
PO Box 870
Fort Worth, TX 76102

FS Blinds, LLC
2801 E State Highway Ste 121
The Colony, TX 75056

Ft. Worth High Tech Signs Co.
3120 Bonnie Dr.
Fort Worth, TX 76116

FTB Foam LLC
PO Box 170681
Arlington, TX 76003

Funky Town Landscaping
7520 Foster Dr
Fort Worth, TX 76135

FW Westside Properties, LLC
2817 W 5th Street Ste B
Fort Worth, TX 76107

Galactic Glass LLC
PO Box 259
Weatherford, TX 76086

Gladiator Outdoor LLC
3131 W Bolt St.
Ste D63
Fort Worth, TX 76110

Great American Insurance Co
PO Box 89400
Cleveland, OH 44101

Great Plains Bank
500 Golden Triangle Blvd
Fort Worth, TX 76244

Greg Gatsos
4108 Bunting Ave
Fort Worth, TX 76107

HomeTeam Pest Defense, Inc.
3440 Sojourn Dr Ste 280
Carrollton, TX 75006

Hudson Energy
5015 Wesheimer Rd
Ste 1200 Caller #5
Houston, TX 77056

Installation Specialists of Texas
507 Stembridge Rd
Granbury, TX 76049-7529

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101

Ironwood Connection
353 Greens Landing Dr
Houston, TX 77038

J.B. Davies, Inc.
PO Box 6835
Fort Worth, TX 76115

Jag Iron Works, LLC
PO Box 10288
Fort Worth, TX 76114

JFA Electric
5930 Plum St
Ste 112
Fort Worth, TX 76148

JMV Cornice Construction LLC
621 College St.
Grand Prairie, TX 75050

JobSight LLC
5140 Stonebridge Dr.
Colleyville, TX 76034

Jose Cisneros
1812 Coronda St
Arlington, TX 76014

Jose M Ramirez Masonry Inc
2904 NW 24th St
Fort Worth, TX 76106

Kwedar & Co.
7101 Bryant Irvin Rd #16172
Fort Worth, TX 76132

L & S Plumbing Partnership, Ltd
1101 E. Arapaho Rd
Ste 190
Richardson, TX 75081

L&S Mechanical
1101 E. Arapaho Rd
Ste 190
Richardson, TX 75081

Lasiter & Lasiter Plumbing, L.P.
PO Box 14638
Haltom City, TX 76117

Lasiter & Lasiter Plumbing, LP
PO Box 14638
Haltom City, TX 76117

Lee Lighting
PO Box 162174
Altamonte Springs, FL 32716

Lift-Aids, Inc.
1500 Westpark Way
Euless, TX 76040

Longhorn Innovative Construction LLC
2933 CR 2007
Glen Rose, TX 76043

Longhorn Restoration
6725 Kirkwood Rd
Fort Worth, TX 76116

Loveless Modern Gutters, Inc.
PO Box 905
Colleyville, TX 76034

Magnolia Fence & Patio
6080 S. Hulen St.
Ste 360 PMB 199
Fort Worth, TX 76132

McLaughlin Design Studio
1403 Cooper Ct.
Allen, TX 75002

Metro Brick & Stone Co.
2184 Joe Field Dr
Dallas, TX 75229

Metro Code, LLC
3880 Hulen St. Ste 400
Fort Worth, TX 76107

Mick Harrison
313 Winters St.
Fort Worth, TX 76114

Mid-Continent Group
PO Box 679336
Dallas, TX 75267

Miracle Door Co.
410 Lillard Rd Ste 203
Arlington, TX 76012

Morgan Development & Supply
3715 Avenue E. East
Arlington, TX 76011

Museum West Townhomes
Owners Assoc
3636 Tulse Way
Fort Worth, TX 76107

NAHB
PO Box 719290
Philadelphia, PA 19171

Nix Door & Hardware, Inc.
921 East Waggoman
Fort Worth, TX 76110

Nu-Way Concrete Pumping
2864 Tinsley Ln
Fort Worth, TX 76179

Olde World Finishes
6061 Wingley Way
Fort Worth, TX 76133

Overhead Door Co of Fort Worth
840 Southway Circle
Fort Worth, TX 76115

Plains Capital Bank
3707 Camp Bowie Blvd
Ste 100
Fort Worth, TX 76107

POA Point Vista HOA Inc
Secure Association Mgmt
PO Box #51555
Denton, TX 76206

Precision Fenestration, Inc.
3001 West Loop 820 S
Fort Worth, TX 76116

Prestige Worldwide Services, LLC
7727 Harwell St
Fort Worth, TX 76108

Price Painting
2311 Michigan Ct
Arlington, TX 76016

Quail Valley Telecom, LLC
400 Record St. Ste 120
Dallas, TX 75202

Quality Stairs
7056 Timber Trail
Azle, TX 76020

Ramon Roofing Inc.
3027 Ramona Dr Ste 110
Fort Worth, TX 76116

RB Builders
228 Private Road 3520
Paradise, TX 76073

Reality 360 Imaging
3101 W. 6th St. #470651
Fort Worth, TX 76147

RedCreek Masonry
4128 Heritage Way Dr.
Fort Worth, TX 76137

Regent Services
101 St. Louis Ave
Fort Worth, TX 76104

Rick D. Barnes, Tax Assessor- Collector
100 E. Weatherford
Fort Worth, TX 76196

Rocky Construction Corp.
4416 Timothy Rd.
Fort Worth, TX 76115

Shidlofsky Law Firm PLLC
7200 North Mopac Expy
Ste 430
Austin, TX 78731

Simmons Bank
2200 W. 7th Street
Ste 112
Fort Worth, TX 76107

Spectrum
PO Box 94188
Palatine, IL 60094 10.30.25

Staples Business Credit
PO Box 105638
Atlanta, GA 30348

Sweeney Lumber
PO Box 1921
Fort Worth, TX 76101

Tarrant County Tax Assessor-Collector
100 E Weatherford St
Fort Worth, TX 76196

Teague Lumber Company
2501 White Settlement Rd
Fort Worth, TX 76107

Texas Bank
7521 S. Hulen Street #200
Fort Worth, TX 76109 10.23.25

Texas Built Retaining Walls, Inc.
11901 Camp Bowie Blvd
Aledo, TX 76008

Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284

The Sherwin Williams Co
2840 Cleburne Rd
Fort Worth, TX 76110

Todd Willett
8521 Gillis Ct
North Richland Hills, TX 76182

Trinity Green Services, LLC
1760 S Stemmons Fwy Ste 160
Lewisville, TX 75067

TXU Energy
PO Box 650638
Dallas, TX 75265

United Healthcare Services, Inc
Po Box 19032
Green Bay, WI 54307-9032

Uplyft Creative
PO Box 100153
Fort Worth, TX 76185

Valence Masonry Co
7525 High View Rd
Venus, TX 76084

Valliance Bank
410 W. 7th Street #2
Fort Worth, TX 76102

Varela's Cleaning Service
3617 Overview Dr
Crowley, TX 76036

Verdant Commercial Capital
PO Box 207202
Dallas, TX 75320

Veritex Bank
2424 Merrick St Suite 1300
Fort Worth, TX 76107

Vintage Floors
2215 Solona St
Haltom City, TX 76117

Walsh HOA I, Inc
275 W Campbell Rd Ste 620
Richardson, TX 75080

Worthington Bank
500 Main Street
Fort Worth, TX 76102

Castleberry ISD
c/o Elizabeth Banda Calvo
Perdue Brandon Fielder Collins
500 E Border St Ste 640
Arlington TX  76010

Parker CAD
c/o John Kendrick Turner
Linebarger Goggan Blair & Sampson
3500 Maple Ave Ste 800
Dallas TX  75219

Simmons Bank
c/o M Menton, K Killingsworth
SettlePou
3333 Lee Pkwy Eighth Fl
Dallas, TX  75219

PlainsCapital Bank
c/o Matthew T. Taplett, Esq.
Pope Harwicke Christi, Schell Kelly
500 West 7th S, Ste 600
Fort Worth TX  76102

Tarrant County
c/o John K. Turner
Linebarger Goggan Blair & Sampson
3500 Maple Ave Ste 800
Dallas TX  75219

The City of Westworth Village Texas
c/o Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock TX  78680-1269

US Trustee
1100 Commerce St Rm 976
Dallas, TX 75202

VilHom FW Holdings LLC
c/o William L Wolf
Wolf & Henderson PC
4309 Irving Ave Ste 200
Dallas TX  75219

VilHom FW Holdings, LLC
c/o Craig P Henderson
Wolf & Henderson PC
4309 Irving Ave Ste 200
Dallas TX  75219

City of Fort Worth
PO Box 99005
Fort Worth TX  76199

DOUGLAS R. HAFER
CURNUTT & HAFER, L.L.P.
301 West Abram Street
Arlington, Texas 76010

Mark J. Petrocchi
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110

City of Fort Worth
100 Fort Worth Trail
Fort Worth, Texas 76102

The Huntington National Bank
c/o D. WOODARD GLENN, P.C.
6301 Gaston Avenue, Suite 1214
Dallas, TX 75214